# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
C.A. NO. 1:14-CV-00995-LCB-JLW

| | |
|---|---|
| **KHRISTINE LYNN WELLS,** <br><br> **Plaintiff,** <br><br> **v.** <br><br> **SANTANDER CONSUMER USA, INC,** <br><br> **Defendant.** | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and her attorney, and the Defendant and its attorneys, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and on the merits.

**IT IS FURTHER STIPULATED** that Defendant's counterclaim against Plaintiff in this action shall be and hereby is dismissed with prejudice and on the merits.

All parties to bear their own costs, disbursements, and attorneys' fees.

This the 16th day of April, 2015

s/ Travis E. Collum
NC Bar No. 29158
Attorney for Plaintiff
Collum & Perry, PLLC
Post Office Box 1739
Mooresville, NC 28115
Telephone: 704-663-4187
travis@collumperry.com

s/ Patricia L. Rhame
Martineau King, PLLC
Counsel for Defendant
Post Office Box 31188
Charlotte, NC 28231
prhame@martineauking.com

1

# CERTIFICATE OF SERVICE

I, Travis E. Collum, do hereby certify that the foregoing **STIPULATION OF DISMISSAL** in this action was served via the Clerk's CM/ECF system which will provide notice to the following:

> Patricia L. Rhame
> Martineau King, PLLC
> Counsel for Defendant
> Post Office Box 31188
> Charlotte, NC 28231
> prhame@martineauking.com

I, Travis E. Collum, do hereby certify that the foregoing **STIPULATION OF DISMISSAL** in this action was served via electronic mail to the following:

> Travis A. Sabalewski
> Alexandria E. Cuff
> Reed Smith, LLP
> Counsel for Defendant
> 901 East Byrd St., Suite 1700
> Richmond, VA 23219
> TSabalewski@ReedSmith.com
> acuff@reedsmith.com

This the 16th day of April, 2015.

> s/ Travis E. Collum
> NC Bar No. 29158
> Attorney for Plaintiff
> Collum & Perry, PLLC
> Post Office Box 1739
> Mooresville, NC 28115
> Telephone: 704-663-4187
> Facsimile: 704-663-4178
> travis@collumperry.com